UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
DEC - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 07 2007

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Fadwa Abdelhadi vs. Michael Chertoff

07cv6899
JUDGE LINDBERG
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fadwa Abdelhadi    A# 047355454

| | |
|---|---|
| SIGNATURE | *John Brodsky* |
| FIRM | Brodsky & Odeh |
| STREET ADDRESS | 8 South Michigan Ave, Suite 3200 |
| CITY/STATE/ZIP | Chicago, Il 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 40616 | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | |