UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **FADWA ABDELHADI,** ) | | |
| Plaintiff, ) | | |
| v. ) | No.: | 07 C 6899 |
| ) | | |
| **MICHAEL CHERTOFF,** ) | | |
| AS THE DIRECTOR OF ) | Judge Lindberg | |
| THE DEPARTMENT OF HOMELAND ) | | |
| SECURITY, ROBERT S. MUELLER, III ) | | |
| AS THE DIRECTOR OF FEDERAL ) | | |
| BUREAU OF INVESTIGATIONS ) | | |
| **Defendants** ) | | |

### PLAINTIFF'S MOTION TO REQUEST EXTEND TIME TO FILE RESPONSE TO GOVERNMENT'S MOTION TO DISMISS

Plaintiff, FADWA ABDELHADI ("Abdelhadi) by her attorneys Brodsky & Odeh requests that this court extend the time in which the Plaintiff's Response to Government's Motion to Dismiss is due. In support, Plaintiff states as follows:

1. That on September 02, 2008 Defendant's filed their Motion to Dismiss Plaintiff's Complaint.

2. That on August 27, 2008, this Honorable Court entered an order stating that Plaintiff's Response is due by September 9, 2008.

3. That due to a conflict in Plaintiff's counsel's scheduling and a very heavy motion practice this month, Plaintiff's counsel requested that the government agree to an extension of one additional week in which to file the response.

4. The Plaintiff 's attorney has spoken to the Defendant's attorney and the Defendant has no objection to an extension of the deadline to file their Response.

WHEREFORE, Plaintiffs request an extension of an additional one week in which to file

their response to the Defendant's Motion to Dismiss.


                                                    /s/ Reem Odeh



**Reem H. Odeh**
**BRODSKY & ODEH**
Attorneys for Plaintiff
8 S. Michigan Ave.
Suite 3200
Chicago Illinois 60603
(312) 701-3000